UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEASON MCCLAIN,<br><br>Petitioner,<br><br>v.<br><br>JACOB DOERER, Warden,<br><br>Respondent. | Case No. EDCV 23-01622 KK (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed, and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is dismissed and Judgment shall be entered dismissing this action without prejudice.

DATED: August 8, 2024

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE