JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEASON MCCLAIN,<br><br>   Petitioner,<br><br> v.<br><br>JACOB DOERER, WARDEN,<br><br>   Respondent. | Case No. EDCV 23-01622 KK (RAO)<br><br>JUDGMENT |

  Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is dismissed, and this action is dismissed without prejudice.

DATED: August 8, 2024

               /s/ Kenly Kiya Kato
               KENLY KIYA KATO
               UNITED STATES DISTRICT JUDGE